JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES K. OPELLE,<br><br>　　　　Plaintiff,<br>　　v.<br><br>DOUGLAS CRANE KNEUBUHL aka MIKE KNEUBUHL,<br><br>　　　　Defendant. | CASE NO. SA CV 17-0961-DOC (KESx)<br>Assigned to: District Judge David O. Carter, Courtroom 9-D; Magistrate Judge Karen E. Scott, Courtroom 6-D<br><br>**JUDGMENT** |

Pursuant to the Court's Findings of Fact and Conclusions of Law (Dkt. 125) entered after a Court trial, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Judgment is entered in favor of Defendant as to Plaintiff's claims against Defendant.

DATED: February 12, 2019

　　　　　　　　　　　　　　　　　_David O. Carter_
　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE